UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-mj-02047-Reid

FILED BY __TS__ D.C.
Jan 9, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA
v.
OSCAR ANDRES VAZQUEZ-GONZALEZ,
OMAR ALFREDO IBARRA, and
ERINSON FELIX,

                Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?
                                                                                                               No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   *Michele Vigilance*
      MICHELE VIGILANCE
      Assistant United States Attorney
      Court ID No. A5502091
      99 N.E. 4th Street
      Miami, FL 33172
      Tel: 305-961-9387
      Email: Michele.Vigilance@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>OSCAR ANDRES VAZQUEZ-GONZALEZ,<br>OMAR ALFREDO IBARRA, and<br>ERINSON FELIX,<br>*Defendant(s)* | )<br>)<br>)  Case No. 24-mj-02047-Reid<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about  December 27, 2023  , upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Megan Jones*
*Complainant's signature*

Megan H. Jones, Special Agent DEA
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date:  01/09/2024 

*Judge's signature*

City and state:  Miami, Florida     Hon. Lisette M. Reid, United Stataes Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Megan H. Jones, being duly sworn, hereby depose and state the following:

1. I have been employed as a Drug Enforcement Administration (DEA) Special Agent since July 2023. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **OSCAR ANDRES VAZQUEZ-GONZALEZ, OMAR ALFREDO IBARRA** and **ERINSON FELIX** for conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a) (1) and 70506(b).

3. On or about December 6, 2023, CGC DAUNTLESS detected a go-fast vessel (GFV) with three (3) persons on board, two (2) outboard engines, packages consistent with contraband, and fuel barrels visible onboard, operating approximately 150 nautical miles North of

La Guajira, Colombia in international waters. The U.S. Coast Guard Seventh District (D7) assumed tactical control of the CGC DAUNTLESS for interdiction and apprehension. The CGC DAUNTLESS launched its Over the Horizon (OTH) boat and upon approach the occupants of the GFV jettisoned three (3) packages. The OTH recovered two (2) bales. The OTH arrived on scene and reported the GFV was dead in the water and compliant. During right of approach questioning, the boarding team identified the Master of the vessel as OSCAR ANDRES VAZQUEZ-GONZALEZ who made a verbal claim of Dominican Republic nationality for the vessel. District 7 issued a Statement of No Objection (SNO) to conduct a forms exchange with the Dominican Republic to confirm the master's claim of nationality and for the boarding team to conduct a full law enforcement boarding of the subject vessel suspected of illicit activity in a known drug trafficking area in accordance with the US-Dominican Republic bilateral agreement. The boarding team recovered packages consistent with narcotics smuggling as well as a firearm on board the GFV.

4. The boarding team conducted 02 NIK tests of the packages, which were positive for presumptive cocaine. District 7 issued an SNO to treat the three persons on board as detainees and conduct IONSCAN swipes of their hands. IONSCAN swipes on the hands of the three (3) detainees and the vessel were positive for presumptive cocaine. The boarding team identified the vessel beginning to take on water. Due to safety concerns, all personnel were removed from the vessel, after which the vessel capsized and remained partially submerged. The Dominican Republic responded to D7 and confirmed Dominican Republic registry for the vessel. The Dominican Republic authorized destruction of the vessel as a danger to navigation. D7 granted boarding complete and issued an SNO to destroy the vessel as a danger to navigation. The boarding team reported a total of 23 bales recovered for an at sea weight of 670kgs.

5. Based on the foregoing facts, I submit that probable cause exists to believe that **OSCAR ANDRES VAZQUEZ-GONZALEZ, OMAR ALFREDO IBARRA** and **ERINSON FELIX** conspired to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

*Megan Jones*
_____
MEGAN H. JONES
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Attested by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __9th__ day of January 2024.

_____
HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

3